## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In Re:                                                                                   Chapter 13
Vadim Orlov                                                                     Case No. 15-41873
                                                                                         Honorable Frank J. Bailey

      Debtor

_____/

## ASSENTED TO MOTION TO CONTINUE HEARING DATE

NOW COMES Capital One, NA, by and through its attorneys, Orlans Moran PLLC, with the assent of Counsel for the Debtor Vadim Orlov, and hereby requests that this Honorable Court continue the hearing scheduled for Thursday, November 17, 2016 at 10:30 a.m. regarding Movant's Objection to Confirmation of the Plan for approximately thirty (30) days to a date convenient to the Court. The parties are in processing of resolving this matter however additional time is needed to process insurance reimbursement checks.

Dated: November 15, 2016

/s/ Michael E. Swain
Michael Swain, Esq. 676513
Orlans Moran PLLC
PO Box 540540
Waltham, MA 02454
(781) 790-7800
bankruptcy@orlansmoran.com
File Number: 15-015933

Assented to:

/s/ Vladimir von Timroth
Attorney for Debtors
405 Grove Street, Suite 204
Worcester, MA 01605

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS

In Re:  Chapter 13
 Case No. 15-41873
Vadim Orlov  Honorable Frank J. Bailey

    Debtor
_____/

## CERTIFICATE OF SERVICE

I, Michael Swain, Attorney, of Orlans Moran PLLC, do hereby certify that on November 15, 2016, I caused to be served a copy of the Assented Motion to Continue on the service list below by first class mail, postage prepaid or other method specified on service list.

Signed this November 15, 2016

/s/   Michael E. Swain
Michael Swain, Esq. 676513
Orlans Moran PLLC
PO Box 540540
Waltham, MA 02454
(781) 790-7800
Email: bankruptcy@orlansmoran.com
File Number: 15-015933

VIA US MAIL

Vadim Orlov
34 Goodnow Lane
Framingham, MA 01702

Framingham Town Hall
Memorial Building 150 Concord St.
Framingham, MA 01702

VIA ECF
Vladimir von Timroth, Esq. on behalf of Debtor
Richard King, Esq.U.S. Trustee
Denise M Pappalardo, Esq.Chapter 13 Trustee