# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS

In Re:  
Vadim Orlov

    Debtor

_____/

Chapter 13  
Case No. 15-41873  
Honorable Frank J. Bailey

## ASSENTED TO MOTION TO CONTINUE HEARING DATE

Now comes Movant, Capital One, NA, by and through its attorneys, Orlans PC with the assent of Counsel for the Debtor, and hereby request that they be granted a 30-day continuance for the hearing scheduled for June 8, 2017. The Parties are requesting such due to a scheduling conflict as well as requesting more time to continue discussion regarding potential resolution.

Dated: June 6, 2017

    /s/ Michael E. Swain  
Michael Swain, Esq.  676513  
Orlans PC  
PO Box 540540  
Waltham, MA 02454  
(781) 790-7800  
Email: bankruptcyNE@orlans.com  
File Number: 15-015933

Assented to:  
    /s/ Vladimir von Timroth  
Vladimir von Timroth  
Attorney for Debtors  
405 Grove Street, Suite 204  
Worcester, MA 01605